IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Canteberry, Jamill R | Case Number: 07 B 04103 |
|---|---|---|
| | Canteberry, Ethel J | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 3/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: August 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,880.00 | |
| Secured: | | 224.48 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 155.52 |
| Other Funds: | | 0.00 |
| Totals: | 2,880.00 | 2,880.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 356.70 | 65.80 |
| 4. | Cook County Treasurer | Secured | 1,899.80 | 52.08 |
| 5. | HSBC Mortgage Services | Secured | 21,547.83 | 106.60 |
| 6. | Jefferson Capital | Unsecured | 2,139.59 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 1,449.33 | 0.00 |
| 8. | Trinity Hospital | Unsecured | 776.20 | 0.00 |
| 9. | Cavalry Portfolio/Collection | Unsecured | 606.17 | 0.00 |
| 10. | Sallie Mae | Unsecured | 3,509.03 | 0.00 |
| | | | $ 34,784.65 | $ 2,724.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 155.52 |
| | $ 155.52 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Canteberry, Jamill R  
        Canteberry, Ethel J  
        Printed: 5/20/08

Case Number: 07 B 04103  
Judge: Squires, John H  
Filed: 3/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

